BENJAMIN B. WAGNER
United States Attorney
JILL M. THOMAS
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:03-MJ-00023 DAD |
| Plaintiff, | **[PROPOSED] ORDER DISMISSING COMPLAINT** |
| v. | |
| SALVADOR REYNOZA, | |
| Defendant. | |

For the reasons set forth in the motion to dismiss filed by the United States, the Complaint against defendant **SALVADOR REYNOZA** is hereby DISMISSED and any outstanding arrest warrant is recalled.

Dated: August 6, 2013

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1